RENEE POLLARD, by WILLIAM C. POLLARD, Her Guardian ad Litem, Appellant, *v.* BOARD OF EDUCATION, BARKER CENTRAL SCHOOL DISTRICT, Respondent.

Argued October 3, 1955; decided October 20, 1955.

*Robert L. Fraser* and *James P. Degnam* for appellant.
*Salem G. Mansour* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.